STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

LEIF DAUTCH (CABN 283975)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234
    Leif.Dautch@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> JUSTIN REDDIC, </br></br> Defendant. | NOS. 3:21-MJ-70549 & 16-CR-00539 JD </br></br> STIPULATED MOTION TO CONTINUE HEARING, FINDINGS OF EXCLUDABLE TIME PERIOD, AND ORDER |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Leif Dautch, and defendant Justin Reddic ("Defendant"), by and through his counsel of record, Jerome E. Matthews, hereby stipulate as follows:

    1.    On February 17, 2021, the Honorable Judge James Donato issued a no bail warrant in Case No. 16-CR-539 based on probable cause that Defendant had violated the conditions of his supervised release.

2.      On March 31, 2021, the United States filed a Criminal Complaint in Case No. 21-MJ-70549 charging Defendant with being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

3.      On October 26, 2021, Defendant made his initial appearance before Magistrate Judge Robert Illman, and was arraigned on the Criminal Complaint and the Form 12. The government moved for pretrial detention, and the defense waived findings. A status hearing was scheduled in both cases for November 16, 2021, which was continued to December 3, 2021.

4.      In the meantime, the government has produced two rounds of discovery and extended a plea offer. The parties met to discuss a possible resolution of the case, and the first available time for defense counsel to meet with his in-custody client is December 3, 2021.

5.      To facilitate the effective preparation of counsel, the parties jointly request that the status hearing currently scheduled for December 3, 2021 at 1:00 p.m. be continued to December 10, 2021 at 1:00 p.m. before the Honorable Donna M. Ryu for status or arraignment.

6.      Defense counsel represents that his client understands that he has a right under 18 U.S.C. § 3161(b) to be charged by information or indictment with the offense alleged in the pending criminal complaint within 30 days of his arrest. His client knowingly and voluntarily excludes time under 18 U.S.C. § 3161(b) for the period between December 3, 2021, and December 10, 2021, inclusive. Defense counsel further represents that his client knowingly and voluntarily waives the timing for preliminary hearing under Federal Rule of Criminal Procedure 5.1 through December 10, 2021.

7.      For purposes of computing the date under Rule 5.1 of the Federal Rules of Criminal Procedure for the preliminary hearing, and the date under the Speedy Trial Act by which defendants must be charged by indictment or information, the parties agree that the time period of December 3, 2021, and December 10, 2021, inclusive, should be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because the delay results from a continuance granted by the Court at the parties' joint request, on the basis of the Court's finding that the continuance is necessary for the effective preparation of counsel.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

**IT IS SO STIPULATED.**

Dated: 12/1/2021

STEPHANIE M. HINDS
Acting United States Attorney

*/s/ Leif Dautch*
**LEIF DAUTCH**
Assistant United States Attorney

*/s/ Jerome E. Matthews*
**JEROME E. MATTHEWS**
Counsel for Defendant Justin Reddic

## ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from December 3, 2021 until December 10, 2021 would unreasonably deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from December 3, 2021 until December 10, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, with the consent of the defendant, and taking into account the public interest in the prompt disposition of criminal cases, based on the parties' showing of good cause, the Court finds good cause exists for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

With the consent of the parties, IT IS HEREBY ORDERED that the time from December 3, 2021 until December 10, 2021 shall be excluded from computation under the Speedy Trial Act (18 U.S.C. § 3161(h)(7)(A), (B)(iv); 18 U.S.C. § 3161(b)) and the time limits for conducting a preliminary hearing are extended under Rule 5.1(d) of the Federal Rules of Criminal Procedure. The date for status hearing or arraignment is reset from December 3, 2021 to December 10, 2021, at 1:00 p.m.

**IT IS SO ORDERED.**

DATED:   December 1, 2021

_____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Donna M. Ryu*